```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               December 16, 2021

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      VPC      DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGAMAAN, INC. d/b/a ITALY 2000, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-08880-SB-MAA<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed: November 10, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On December 14, 2021, Plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 11.

Upon due consideration, good cause appearing, the Court **DISMISSES** this action without prejudice as to Plaintiff's individual claims.  Each party must bear its own costs and attorneys' fees.  The Clerk of Court is instructed to terminate all

pending motions and deadlines, and close the case.

**IT IS SO ORDERED**.

Dated: December 16, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE